Matter of R.A. v L.H. (2026 NY Slip Op 00077)

Matter of R.A. v L.H.

2026 NY Slip Op 00077

Decided on January 13, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 13, 2026

Before: Kern, J.P., Kennedy, Higgitt, O'Neill Levy, Chan, JJ. 

Docket No. P-1971/23|Appeal No. 5558|Case No. 2025-01590|

[*1]In the Matter of R.A., Appellant,
vL.H., et al., Respondents.

Larry Bachner, New York, for appellant.

Order, Family Court, New York County (Jonathan H. Shim, J.), entered on or about February 13, 2025, which denied petitioner's objections to a previous order dismissing his paternity petition, unanimously affirmed, without costs.
The application by petitioner's assigned counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]). A review of the record demonstrates that there are no nonfrivolous issues that could be raised on this appeal. No viable arguments lie in challenging the court's determination that petitioner lacked standing to petition for paternity at this juncture, 10 years after the subject child was adopted (see Matter of Axel W. [Jacqueline S.], 233 AD3d 501, 501 [1st Dept 2024]; Matter of William J. v Jenevia T., 234 AD3d 635, 636 [1st Dept 2025]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 13, 2026